**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KENJAEV ALISHERJON,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | No.  **3:25-CV-00535-LS** |
| | § | |
| **PAM BONDI, UNITED STATES** | § | |
| **ATTORNEY GENERAL; KRISTI** | § | |
| **NOEM, SECRETARY, DEPARTMENT** | § | |
| **OF HOMELAND SECURITY; and** | § | |
| **MARY DE ANDA YBARRA,** | § | |
| | § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court

enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 21, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**